(Reported below: 78 Fed. Appx. 435);
(79 Fed. Appx. 59);
(79 Fed. Appx. 634);
(78 Fed. Appx. 405);
(78 Fed. Appx. 410);
(78 Fed. Appx. 411);
(79 Fed. Appx. 627);
(78 Fed. Appx. 411);
(78 Fed. Appx. 412);
(79 Fed. Appx. 630);
(78 Fed. Appx. 413);
(78 Fed. Appx. 414);
(79 Fed. Appx. 615);
(78 Fed. Appx. 415);
(79 Fed. Appx. 617);
(79 Fed. Appx. 619);
(78 Fed. Appx. 416);
(79 Fed. Appx. 620);
(78 Fed. Appx. 417);
(79 Fed. Appx. 30);
(78 Fed. Appx. 419);
(79 Fed. Appx. 83);
(79 Fed. Appx. 84).
C. A. 5th Cir. Certiorari denied.